# Exhibit 1

**Small Claims Petition**

NO. 242100053033

Keisha Marie Turner
_____
Plaintiff(s)

vs.

Houston Police Department
_____
Defendant(s)

§ In the Justice Court of Harris County, Texas
§ Precinct _____ Place _____
§
§
§
§
§

*[FILED stamp: JO ANN DELGADO, JP CT 2 PL 1, FEB 13]*

Plaintiff: Keisha Marie Turner

Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation)
Individual

Defendant: Houston Police Department
Address: 1200 Travis St
City: Houston   State: TX   Zip: 77002   Date of Birth (if applicable): _____

Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation)
Government

*Defendant may be served by serving Houston Police Department - Tony Jones
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at
1200 Travis St Houston, TX 77002
(state the address for service of process).
The defendant's usual place of business or residence, or other place where defendant can probably be found is
1200 Travis St Houston, TX 77002

**Cause of Action**
(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)

Officer Tony Jones and other officers pointed guns at me after a 9-1-1 call for a medical emergency. They put me in cuffs and with NO PROBABLE CAUSE and took me to their car. Asked me personal questions and didn't allow EMS to check me. They later found that I had a warrant (invalid) in Waller County & I was sent to jail for a week. There is more but will be discussed later in court.

**Relief Requested** (Describe the relief you are requesting, itemizing the amount of damages you are seeking.)
$20,000 - Tampering with evidence, public humiliation, Loss of business office, loss of income, damaged property and items were stolen while in Harris County Jail.

Respectfully submitted,

_____
Signature of Plaintiff or Plaintiff's Attorney of Record

Printed Name: Keisha M. Turner
State Bar No. _____

Address: 24407 Beof Canyon Dr. Hockley, TX 77447
Telephone: 404.593.0002   Fax Number: 1.844.824.2582
E-Mail Address: marketingpro711@gmail.com
☑ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.